DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VMR ASSOCIATES, INC.,**
Appellant,

v.

**BUILDZ, LLC** f/k/a **PRECISION CONSTRUCTION, LLC,**
a North Carolina limited liability company,
Appellee.

No. 4D21-1103

[October 7, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 18-13943.

Vincent F. Vaccarella and Dylan E. Goldberg of Vincent F. Vaccarella, P.A., Fort Lauderdale, for appellant.

Daniel S. Rosenbaum and Dina L. Rosenbaum of Rosenbaum PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***